IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BEVERLEY JOAN MCCOY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTH; SCL HEALTH – MONTANA; STACY PARKER; JOSH BUNZ; and John Does 1-10,<br><br>Defendants. | CV 26-57-BLG-KSL<br><br>ORDER |

Defendants Intermountain Health, SCL Health – Montana, Stacy Parker, and Josh Bunz have move for the admission of C. Seth Ensign of Ogletree, Deakins, Nash, Smoke & Stewart, P.C. to practice before the Court in the above captioned matter with Amanda Fuller of Salt Lake City, UT, designated as local counsel. However, the motion does not comply with Local Rule 83.1(d)(3). Therefore,

IT IS HEREBY ORDERED that Defendants Intermountain Health, SCL Health – Montana, Stacy Parker, and Josh Bunz' motion to admit C. Seth Ensign to appear *pro hac vice* (Doc. 20) is **DENIED** for the reason that Amanda L. Fuller does not have a physical office within the geographical boundaries of the District of Montana.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of October, 2026.

Kathleen Lane
KATHLEEN S. LANE
United States District Judge